ERNEST BEHRE et al., Plaintiffs, v. SECOND RUSSIAN INSURANCE COMPANY, Appellant and Respondent.

THERMOD JULLUM, Plaintiff, v. SECOND RUSSIAN INSURANCE COMPANY, Appellant and Respondent.

JOHN F. MURPHY, Plaintiff, v. SECOND RUSSIAN INSURANCE COMPANY, Appellant and Respondent.

FRED S. JAMES & COMPANY, Plaintiff, v. SECOND RUSSIAN INSURANCE COMPANY, Appellant and Respondent. .

HAMBURG INSURANCE COMPANY, Plaintiff, v. SECOND RUSSIAN INSURANCE COMPANY, Appellant and Respondent.

THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, Appellant and Respondent; ALBERT MASSEY, Respondent and Appellant.

(Argued November 18, 1929; decided December 3, 1929.)

*James F. Donnelly, Alfred C. Bennett, John M. Downes* and *Clarence C. Fowler* for Superintendent of Insurance, appellant and respondent.

*Robert J. Sykes* and *William S. Harding* for Second Russian Insurance Company, appellant and respondent.

*Albert Massey, John E. O'Brien* and *Michael S. Gleason* for respondent and appellant.

Orders affirmed, without costs; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CARDOZO, Ch. J.